Emmanuel F. Fobi (SBN: 210764)
**LAW OFFICE OF EMMANUEL F. FOBI**
309 SOUTH A STREET
Oxnard CA 93030
Tel: (805) 240-2655
Fax: (805) 483-1536

Attorneys for Plaintiffs,
FRANCISCO J. MORENO-GUERRERO
LETICIA HERNANDEZ MORENO

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| FRANCISCO J.MORENO-GUERRERO, LETICIA HERNANDEZ MORENO<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA,N.A.; BAC HOME LOANS SERVICING, LP; COUNTRYWIDE MORTGAGE VENTURES LLC dba CAPITAL PACIFIC HOME LOANS and DOES 1-100<br><br>Defendants. | Case No. 2:13-CV-07215-FMO (CWx)<br><br>**ORDER FOR DISMISSAL OF ACTION WITHOUT PREJUDICE** |

-1-
ORDER FOR DISMISSAL OF ACTION

## **ORDER**

GOOD cause appearing: **IT IS ORDERED THAT THIS ACTION IS DISMISSED WITH PREJUDICE**

Dated: November 12, 2013                                                    By_____/s/_____
                                                                                         Honorable Fernando M. Olguin
                                                                                         United States District Judge

EMMANUEL F. FOBI
ATTORNEY AT LAW
309 SOUTH A STREET
OXNARD CA 93030
TEL 805-240-2655 FAX 805-483-1536